E-FILED
Friday, 04 January, 2019  11:49:02 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |  |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| **PLAINTIFFS,** | ) | |
| V. | ) | **No. 17:CR 20038** |
| **CURTIS COLEMAN,** | ) | |
| **DEFENDANT.** | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES David Rumley, appointed counsel for Defendant, respectfully moves the Court for the entry of an Order granting him leave to withdraw as the counsel of record for the Defendant in this cause.  In support of thereof, counsel states the following:

1.  Movant was appointed to represent Mr. Williams in all trial aspects of this matter.

2.  Since the date of the appointment, Movant has met with Defendant in custody and in court, has had phone consultations with defendant and has reviewed and researched the necessary discovery and legal issues relevant to advising the Defendant.

4.  Movant last met with Defendant in custody on December 7, 2018.  During that conversation, Defendant expressed his displeasure and dissatisfaction with the representation Movant has provided and indicated he would not cooperate nor discuss the case with Movant in any particular.  During this conversation Movant asked Defendant whether he considered the attorney client relationship irretrievably broken, to which Defendant answered yes.

5.  These communications demonstrate the utter collapse of any attorney-client relationship between Movant and Defendant.

7.  Given the foregoing, allegations of ineffective assistance of counsel and lack of ability of Counsel compel this request.

8.  There has been a total breakdown in communication that cannot be repaired.

**WHEREFORE**, Counsel respectfully requests the entry of an Order granting leave to withdraw as Curtis Coleman's appointed counsel in the above-entitled cause.

Dated this 3rd day of January, 2019                                       /s/ David Rumley_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019 I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

/s/ David Rumley_____
Attorney for Defendant
P.O. Box 3162
Bloomington, IL 61702
Tel:  309.660.4114
davidrumley@mac.com